UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR VASQUEZ OROZCO (A-243-007-423),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION CENTER, et al.,<br><br>Respondents. | No. 1:26-cv-05724-DC-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 7) |

Petitioner, an immigration detainee prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 14, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 7.) On August 20, 2026, Respondents filed objections, stating merely that "Respondents object to the Findings and Recommendations for the reasons set forth in their previous pleadings." (Doc. No. 8.) However, those arguments were addressed and rejected by the magistrate judge in this case and the Ninth Circuit in *Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026). *See Rodriguez Vazquez*, No. 25-6842, 2026 WL 2196424, at *3 (holding that "aliens

present without admission who are apprehended in the interior of the United States are subject to the detention regime of [8 U.S.C.] § 1226, not [8 U.S.C.] § 1225(b)(2)(A)"). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 14, 2026 (Doc. No. 7), are ADOPTED;

2. Petitioner Edgar Vasquez Orozco's (A-243-007-423) petition for a writ of habeas corpus (Doc. No. 1) is GRANTED;

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner and are ordered to provide Petitioner with a copy of the release order at or near the time of release. If Respondents have custody of Petitioner's documents (e.g., identification, passport, work permit, Social Security card, etc.), Respondents shall return those to Petitioner at the time of release. Respondents shall not impose any additional restriction on Petitioner unless it is determined to be necessary at a future pre-deprivation/custody hearing;

4. Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner unless the government demonstrates by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that Petitioner is a flight risk or danger to the community such that his physical custody is legally justified;

5. The order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal;

6. Within three (3) days of the date of entry of this order, Respondents shall file a notice of compliance with this court confirming Petitioner's release from custody;

7. The Clerk of the Court is directed to serve California City Detention Facility with a copy of this Order; and

8. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 21, 2026**

Dena Coggins
United States District Judge